IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LINDSEY BEARD, a minor, by her father, Paul Beard, as Next Friend, )<br><br>Plaintiff, )<br><br>v. )<br><br>JOHN DOZIER, et al., )<br><br>Defendants. ) | Case No. 3:06-cv-742-DRH |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:

The party with the discovery dispute shall contact Robin Butler, Judge Wilkerson's courtroom deputy, at 618-482-9376, to schedule a telephonic conference call with the Court and opposing counsel.  If the dispute involves written discovery, the disputed portion(s) shall be faxed to the Court, at 618-482-9277, prior to the telephonic conference.  The party with the discovery dispute shall be responsible for initiating the conference call.  The Court's teleconference number is 618-482-9004.  Written motions to compel or legal memoranda will not be accepted unless specifically requested by the Court.  Expense of the call will be borne by the non-prevailing party.  The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html, for additional information and specific procedures regarding discovery disputes.  **Consult this Court's webpage BEFORE contacting chambers with questions**.

**DATED: December 27, 2006**

                                                  *s/ Donald G. Wilkerson*
                                                **DONALD G. WILKERSON**
                                                **United States Magistrate Judge**