IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LISA BEARD, a minor, by her
father, PAUL BEARD, as Next Friend,**

    **Plaintiff,**

**v.**

**JOHN DOZIER and
ATTILA CALDWELL,**

    **Defendants.**                               **Case No. 06-cv-742-DRH**

<u>**ORDER**</u>

**HERNDON, District Judge:**

        The Court issued a 60-day Order, dated April 18, 2007, (Doc. 36), directing the Clerk of the Court to dismiss the action with prejudice and without costs 60 days from the date of the Order.  This type of Order is issued when the parties indicate that the matter has been settled, but additional time is necessary to consummate the settlement agreement.  Therefore, the 60-day Order also states that "[s]hould the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment."  Such is the case here.

        Prior to entry of judgment, on June 12, 2007, Plaintiff filed a Motion for Delay of Entry of Judgment (Doc. 37).  Plaintiff seeks a delay of entry of judgment until final approval is obtained[1] and the settlement funds are received.  Plaintiff

---

[1] As this personal injury action involves a minor, settlement is contingent upon receiving court approval.  A Petition to Approve Settlement is currently pending in St. Clair County Circuit Court.  Plaintiff expects the Petition will be granted within two weeks.

expects all of this to occur no later than July 18, 2007.  Lastly, the Motion states that neither Defendant objects to such delay.  The Court finds Plaintiff's timely Motion gives valid reason for the relief sought.  Accordingly, Plaintiff's Motion (Doc. 36) is **GRANTED**.  Judgment shall not be entered until July 23, 2007.

**IT IS SO ORDERED**.

Signed this 13th day of June, 2007.

<u>/s/         David   RHerndon</u>
**United States District Judge**