**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**LINDSEY BEARD, a minor,
by her father, Paul Beard, as
Next Fried,**

      **Plaintiff,**

      vs.                                      Cause No. 06-CV-742 DRH

**JOHN DOZIER and
ATTILA CALDWELL**

      **Defendants**.

**JUDGMENT IN A CIVIL CASE**

      The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.----------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

July 25, 2007                                  By:   s/Patricia Brown
                                                                        Deputy Clerk

APPROVED: /s/     David   RHerndon
                **U.S. DISTRICT JUDGE**